# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BADIATU TUNIS,
        Petitioner,

v.                        Case No. 07c0506

GARY PRESTON,
Division Commander,
Detentions Division,
Kenosha County Sheriff's Department, et al.,
        Respondents.

## ORDER

Petitioner Badiatu Tunis filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, arguing that her continued detention is unlawful. Respondent filed an answer on June 22, 2007. Petitioner since has been released from custody, subject to certain conditions, and now, alleging mootness, moves this court to dismiss without prejudice her petition for a writ of habeas corpus. Respondents do not oppose this motion.

Therefore, **IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice.

Dated at Milwaukee, Wisconsin, this 25 day of September, 2007.

/s_____
LYNN ADELMAN
District Judge